*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Charlotte
3700 Arco Corporate Drive
Suite 300
Charlotte, NC 28273

GOVERNMENT EXHIBIT 1

# Cover Sheet

**To:** Google LLC
Google Legal Department
Custodian of Records
1600 Amphitheatre Parkway
Mountain View, California 94043
United States

**Date:** 4/27/2026

**Service Methods:** Web Portal

**Carrier Fax:**

**Carrier Email:** uslawenforcement@google.com

**Agent Phone:** (984) 710-1045

**Agent Email:** Joseph.D.Cremeens@ice.dhs.gov

**From:** Joseph Cremeens

☒ **Urgent** ☒ **Action** ☐ **Concurrence** ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-RA-2026-051540-001

Please respond by 5/11/2026 8:00 AM

Pursuant to an official investigation, it is requested that your company furnish certified subscriber information, including the users' full, legal name; screen name; date of birth; service start date; last seen date; IP address(es); email address(es), physical address(es); phone number(s); payment activity/information, including method of payment and payment account numbers/identifiers/card numbers; any other identify information/documents which could be used to identify the subscriber; and any contact information or account recovery information available for the subscriber.

Subscriber accounts:
1. garrywalker438@gmail.com
2. CREWNICK75@GMAIL.COM
3. MARKSKULL345@GMAIL.COM
4. NICKQUEWALKER1996@GMAIL.COM
5. garywalker95@gmail.com
6. gary.walker95@gmail.com
7. garrywalker95@gmail.com
8. garry.walker95@gmail.com
9. walkergarry414@gmail.com

*We have no objections to user or account holder notification.* The attached Summons pertains to Trade fraud/Money Laundering, specifically, this investigation involves elder fraud conducted by foreign actors. It is more likely than not that proceeds of this fraud involves money laundering.

Please fill out the attached Affidavit-Verification of Authenticity of Records in its entirety. The date of issue is located next to the digital signature on page 2, section 5. You may satisfy this subpoena by e-mailing the information, to include electronic copy of Affidavit Verification of Authenticity of Records, to: Joseph.D.Cremeens@hsi.dhs.gov.

Please submit the original subpoena and completed original Affidavit Verification of Authenticity of Records stapled and mailed via USPS to: ICE-Homeland Security Investigations, Attention: Special Agent Joseph Cremeens, 140 Centrewest Court, Cary, NC 27513.

If processing of this legal demand generates fees and/or costs to be paid by the serving party, approval from the listed Special Agent or individual serving the legal demand is required prior to processing. Failure to obtain approval from the serving party to proceed prior to processing may result in non-payment. If the serving party will incur no fees or cost for the processing of this legal demand, approval to proceed is not required. Fees may be limited and/or prohibited under 18 USC § 2706(a) or other applicable statutes. Any fees must accurately reflects only those costs "directly incurred" which were "reasonably necessary." 18 USC § 2706(a). Failure to provide sufficient accounting of any fees in order to demonstrate compliance with 18 USC § 2706(a) may also result in non-payment.

| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Google Legal Department<br>Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-RA-2026-051540-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| | | |
|---|---|---|
| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| **(B)** | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or HSI Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Joseph Cremeens<br>Criminal Investigator<br>140 Centrewest Court<br>Cary, NC 27513<br>United States | Telephone<br><br>(984) 710-1045<br>Fax | 5/11/2026 8:00 AM |
| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. | | | |

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or HSI Special Agent Joseph Cremeens | 5. Date of issue - 4/27/2026 12:34 PM Eastern<br><br>By: |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name: Mark Zito<br>Title: Special Agent in Charge<br>Address: Homeland Security Investigations<br>4100 N. Mulberry Drive -Briarcliff One - #225<br>Kansas City, MO 64116<br>United States<br><br>Telephone: (202) 903-6166 |

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Google Legal Department<br>Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-RA-2026-051540-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

| | |
|---|---|
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Pursuant to an official investigation, it is requested that your company furnish certified subscriber information, including the users' full, legal name; screen name; date of birth; service start date; last seen date; IP address(es); email address(es), physical address(es); phone number(s); payment activity/information, including method of payment and payment account numbers/identifiers/card numbers; any other identify information/documents which could be used to identify the subscriber; and any contact information or account recovery information available for the subscriber.

Subscriber accounts:
1. garrywalker438@gmail.com
2. CREWNICK75@GMAIL.COM
3. MARKSKULL345@GMAIL.COM
4. NICKQUEWALKER1996@GMAIL.COM
5. garywalker95@gmail.com
6. gary.walker95@gmail.com
7. garrywalker95@gmail.com
8. garry.walker95@gmail.com
9. walkergarry414@gmail.com

*We have no objections to user or account holder notification.* The attached Summons pertains to Trade fraud/Money Laundering, specifically, this investigation involves elder fraud conducted by foreign actors. It is more likely than not that proceeds of this fraud involves money laundering.

Please fill out the attached Affidavit-Verification of Authenticity of Records in its entirety. The date of issue is located next to the digital signature on page 2, section 5. You may satisfy this subpoena by e-mailing the information, to include electronic copy of Affidavit Verification of Authenticity of Records, to: Joseph.D.Cremeens@hsi.dhs.gov.

Please submit the original subpoena and completed original Affidavit Verification of Authenticity of Records stapled and mailed via USPS to: Homeland Security Investigations, Attention: Special Agent Joseph Cremeens, 140 Centrewest Court, Cary, NC 27513.

If processing of this legal demand generates fees and/or costs to be paid by the serving party, approval from the listed Special Agent or individual serving the legal demand is required prior to processing. Failure to obtain approval from the serving party to proceed prior to processing may result in non-payment. If the serving party will incur no fees or cost for the processing of this legal demand, approval to proceed is not required. Fees may be limited and/or prohibited under 18 USC § 2706(a) or other applicable statutes. Any fees must accurately reflects only those costs "directly incurred" which were "reasonably necessary." 18 USC § 2706(a). Failure to provide sufficient accounting of any fees in order to demonstrate compliance with 18 USC § 2706(a) may also result in non-payment.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Criminal Analyst Aaron McRee Aaron.N.McRee@ice.dhs.gov

Criminal Investigator Joseph Cremeens Joseph.D.Cremeens@ice.dhs.gov

NOTE: The HIS e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Criminal Analyst Aaron McRee at U.S. Immigration and Customs Enforcement:
140 CENTREWEST CT , Cary, NC, 27513

If you have questions, please contact Criminal Investigator Joseph Cremeens at (984) 710-1045.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

| A. CERTIFICATE OF SERVICE OF SUMMONS | | |
|---|---|---|
| I certify that I served the summons on the front of this form as follows: | | |
| [x] I delivered a copy of the summons to the person to whom it was directed, as follows: | Address or Location<br>Google LERS Portal | Date<br>04/27/2026<br>Time 1330<br>[ ] a.m. [x] p.m. |
| [ ] (For corporations, partnerships, and unincorporated associations which may be sued under a common name)<br>I delivered a copy of the summons to an officer, managing or general agent, or agent authorized to accept service of process as follows: | Address or Location<br><br>Name of person to whom the summons was delivered | Date<br>Time<br>[ ] a.m. [ ] p.m. |
| Signature JOSEPH D CREMEENS JR | Digitally signed by JOSEPH D CREMEENS JR<br>Date: 2026.04.27 13:31:11 -04'00' | |
| Title | | Date |

| B. ACKNOWLEDGMENT OF RECEIPT | | |
|---|---|---|
| I acknowledge receipt of a copy of the summons on the front of this form. | | |
| Signature | | |
| Title | Date | Time<br>[ ] a.m.<br>[ ] p.m. |