UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-MC-00025-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | DECLARATION |
| GOOGLE, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

On the Motion of the Petitioner and for good cause shown, it is hereby ORDERED

that the Declaration of Special Agent Joseph Cremeens of the United States

Department of Homeland Security (DHS), filed herein, be sealed until further order of

this Court.

SO ORDERED, this 28 day of ___July___, 2026.

_____
JAMES C. DEVER III
United States District Court Judge

1