IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-MC-00025-D

UNITED STATES OF AMERICA,

Petitioner,

v.

GOOGLE, LLC,

Respondent.

**INDEX OF EXHIBITS TO OPPOSITION TO PETITION TO ENFORCE CUSTOMS SUMMONS**

| **Exhibit** | **Description** |
|---|---|
| | Declaration of John R. Tyler |
| 1 | Email correspondence between Google LLC and United States government officials |
| 2 | 2017 Press Release regarding Section 1509 Summons Authority from Office of Inspector General, Department of Homeland Security |
| 3 | 2017 Management Alert regarding Section 1509 Summons Authority from Office of Inspector General, Department of Homeland Security |
| 4 | National Elder Fraud Coordination Center Founding Members Page |
| 5 | 2026 Press Release regarding seizure of Huione Group infrastructure, United States Department of Justice |
| 6 | 2022 Google Blog Post titled “Hounding Scammers with litigation.” |