IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-MC-00025-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF JOHN R. TYLER IN SUPPORT OF OPPOSITION TO PETITION TO ENFORCE CUSTOM SUMMONS** |

I, John Randall Tyler, declare as follows:

1. I am a partner with Ashurst Perkins Coie US LLP and am one of the attorneys for Respondent Google LLC ("Google") in this case. I make this declaration based on my personal knowledge and am competent to testify to its contents.

2. I submit this declaration in support of Google's Opposition to Petition to Enforce Customs Summons in the matter of *United States of America v. Google, LLC*, No. 5:26-MC-00025-D, pending before the United States District Court for the Eastern District of North Carolina.

3. Attached as Exhibit 1 is a true and correct copy of email correspondence dated between March 26, 2026 and July 14, 2026, between Google LLC (and its outside counsel) and representatives of U.S. Immigration and Customs Enforcement and the U.S. Attorney's Office for the Eastern District of North Carolina, regarding Google's objections to compliance with a customs summons issued pursuant to 19 U.S.C. § 1509.

4. Attached as Exhibit 2 is a true and correct copy of Press Release, DHS OIG Cites CBP for Misuse of Summons Power, Office of Inspector General, Department of Homeland Security (Nov. 16, 2017) (available at https://www.oig.dhs.gov/news/press-

releases/2017/11162017/dhs-oig-cites-cbp-misuse-summons-power), which was captured at my direction on August 13, 2026.

5. Attached as Exhibit 3 is a true and correct copy of OIG, Management Alert – CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509 (Nov. 16, 2017) (available at https://www.oig.dhs.gov/sites/default/files/assets/Mga/2017/oig-18-18-nov17.pdf), which was captured at my direction on August 13, 2026.

6. Attached as Exhibit 4 is a true and correct copy of Founding Members page, National Elder Fraud Coordination Center (available at https://www.fightelderfraud.org/#members), which was captured at my direction on August 13, 2026.

7. Attached as Exhibit 5 is a true and correct copy of Press Release, Justice Department Seizes Backend Infrastructure Used by the Huione Group for Money Laundering Services, U.S. Department of Justice (June 23, 2026) (available at https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services), which was captured at my direction on August 16, 2026.

8. Attached as Exhibit 6 is a true and correct copy of Blog Post, Hounding scammers with litigation, Google (Apr. 11, 2022) (available at https://blog.google/innovation-and-ai/technology/safety-security/hounding-scammers-litigation/), which was captured at my direction on August 16, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in Seattle, Washington.

*/s/ John R. Tyler*

John R. Tyler
Attorney for Respondent Google LLC