# EXHIBIT 4

NATIONAL ELDER FRAUD
COORDINATION CENTER

Get in Touch
Donate Now

Challenge
Mission
Members
Leadership
Insights

# Aggregated Intelligence.
# Actionable cases.
# Real disruption.

Founding Organizations

AARP
amazon
Google
Walmart

**Source URL:** https://www.fightelderfraud.org/#members

**Collection Timestamp:** Thu Aug 13 2026 09:09:09 GMT-0700 (Pacific Daylight Time)

Founding Organizations

AARP amazon Google Walmart

- Challenge
- Mission
- Members
- Leadership
- Insights

Adjusting for underreporting, the FTC estimates that the overall cost of fraud to older consumers in 2024 may have been as high as

**$81.5 billion**

That's **$223 million each day**

1. Federal Trade Commission. Protecting Older Adults. December 2025

**Source URL:** https://www.fightelderfraud.org/#members

**Collection Timestamp:** Thu Aug 13 2026 09:10:49 GMT-0700 (Pacific Daylight Time)

In 2025, total fraud losses reported to the FBI by those over the age of 60 topped

**$7.7 billion**

That's
**up 60% from**
the reported losses from 2024.

2. Internet Crime Complaint Center. 2025 Internet Crime Report. Federal Bureau of Investigation, 2026.

**Source URL:** https://www.fightelderfraud.org/#members

**Collection Timestamp:** Thu Aug 13 2026 09:11:18 GMT-0700 (Pacific Daylight Time)

# Our mission is to reduce elder fraud in America.



Law enforcement is constrained by competing priorities, jurisdictional challenges, and lack of available resources to address the avalanche of fraud that is largely perpetrated by transnational organized crime rings. Private companies possess valuable data, but there is no central repository to link it with other data sets.




The National Elder Fraud Coordination Center (NEFCC) will address this problem by aggregating and analyzing private and public sector data through an organized crime lens, tying cases together and creating high dollar investigative packages for federal law enforcement investigation and prosecution.

Our goal? To help dismantle the fraud business model.

**Source URL:** https://www.fightelderfraud.org/#members
**Collection Timestamp:** Thu Aug 13 2026 09:11:44 GMT-0700 (Pacific Daylight Time)

Our goal? To help dismantle the fraud business model.

## FOUNDING MEMBERS

amazon AARP Google Walmart

## STRATEGIC MEMBERS

Meta TARGET

Challenge
Mission
Members
Leadership
Insights

## MEMBERS

Capital One Microsoft Chainalysis TIAA

## SUPPORTING PARTNERS

NCFTA FLASHPOINT checkr.org GUIDEPOINT SECURITY

# Leadership

**Source URL:** https://www.fightelderfraud.org/#members

**Collection Timestamp:** Thu Aug 13 2026 09:12:03 GMT-0700 (Pacific Daylight Time)

# Leadership





**Brady Finta**
Founder & CEO

**Kathy Stokes**
Board Member
Director, Fraud Prevention Programs, AARP

- Challenge
- Mission
- Members
- **Leadership**
- Insights







**George Khouzami**
Board Member
Managing Director at SI Global Partner

**Claire Rushton**
Board Member
Senior Director, Global Investigations, Walmart

**Steve Schenbeck**
Board Member
Partner, CPA, Plante Moran







**Source URL:** https://www.fightelderfraud.org/#members
**Collection Timestamp:** Thu Aug 13 2026 09:12:22 GMT-0700 (Pacific Daylight Time)



**Albert Shin**
Board Member
Head of Cybercrime Investigations Group, Google



**Jamie Wendell**
Board Member
Senior Corporate Counsel, Customer Protection & Enforcement



**Adam Braverman**
Board Member
Partner, Morrison Foerster

# Insights

All | Resources | Stories | Reports

- Challenge
- Mission
- Members
- Leadership
- Insights

Stories
**Scammed – How a Conman Stole a Woman's Life Savings**
Washington Post

Stories
**Senior Scams Contributing to Suicide Among Older Adults**
The Senior Centers Blog

Stories
**Scam Inc – A sophisticated, predatory, multi-billion dollar industry is emerging from the shadows.**
The Economist

Stories
**Online scams may already be as big a scourge as illegal drugs**
The Economist

Stories
**Big Moves and Illusions of Reform in Southeast Asia's Scam Industry**
The Diplomat

Stories
**$21M stolen from hundreds of U.S. retirees in 'grandparent scam,' prosecutors say**
NBC

View More

# Join the fight

→

**Source URL:** https://www.fightelderfraud.org/#members

**Collection Timestamp:** Thu Aug 13 2026 09:12:42 GMT-0700 (Pacific Daylight Time)

# Insights

All Resources Stories Reports

Stories

Scammed – How a Conman Stole a Woman's Life Savings

Washington Post

Stories

Senior Scams Contributing to Suicide Among Older Adults

The Senior Centers Blog

Stories

Scam Inc – A sophisticated, predatory, multi-billion dollar industry is emerging from the shadows.

The Economist

Stories

Online scams may already be as big a scourge as illegal drugs

The Economist

Stories

Big Moves and Illusions of Reform in Southeast Asia's Scam Industry

The Diplomat

Stories

$21M stolen from hundreds of U.S. retirees in 'grandparent scam,' prosecutors say

NBC



View More

# Join the fight

→

501(c)(3) © National Elder Fraud Coordination Center P.O. Box 4427, Carlsbad, CA 92010 Privacy Policy

**Source URL:** https://www.fightelderfraud.org/#members

**Collection Timestamp:** Thu Aug 13 2026 09:12:59 GMT-0700 (Pacific Daylight Time)