# EXHIBIT 5

News

All News

Blogs

Photo Galleries

Podcasts

Press Releases

Speeches

Videos

Archived News

PRESS RELEASE

# Justice Department Seizes Backend Infrastructure Used by the Huione Group for Money Laundering Services

Tuesday, June 23, 2026

Share

**For Immediate Release**

Office of Public Affairs

Today, the Justice Department announced the seizure of a cloud computing account used by subsidiaries of the Huione Group, a Cambodia-based corporate conglomerate. These subsidiaries are alleged to have assisted individuals and organizations in transferring proceeds of cryptocurrency investment frauds, cyber scams, and other criminal activities on cryptocurrency blockchains and allowing for the conversion of the proceeds of these schemes to the legitimate banking sector undetected.The seized account hosted backend infrastructure for the subsidiaries.

"Today's seizure strikes a blow against one of the world's most prolific criminal marketplaces," said Assistant Attorney General A. Tysen Duva of the Justice Department's Criminal Division. "The Huione Group used this cloud computing account as part of a technological backbone that allowed billions in fraud proceeds to be transferred, moved,

**Source URL:** https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services
**Collection Timestamp:** Mon Aug 17 2026 07:30:36 GMT-0700 (Pacific Daylight Time)

“Today’s seizure strikes a blow against one of the world’s most prolific criminal marketplaces,” said Assistant Attorney General A. Tysen Duva of the Justice Department’s Criminal Division. “The Huione Group used this cloud computing account as part of a technological backbone that allowed billions in fraud proceeds to be transferred, moved, and concealed — much of it stolen through Southeast Asian scam centers. Seizures of these marketplaces is critical in the fight against fraud that affects so many Americans, and to stop avenues for criminal proceeds to be laundered.”

“Today’s seizure demonstrates that law enforcement will use all tools at its disposal to protect Americans from criminals seeking to exploit them,” said U.S. Attorney Craig H. Missakian for the Northern District of California. “We will not allow individuals or companies to exploit our country’s technology to defraud hardworking Americans.”

“The FBI continually leverages its global reach to combat criminals targeting the American people,” said Assistant Director Heith Janke of the FBI’s Criminal Division. “This seizure demonstrates our commitment to disrupting every component of the illegal ecosystem and working with our partners to prevent further victimization from scams.”

“The FBI is committed to disrupting the infrastructure and services that cybercriminals rely on to profit from their illegal activity,” said Assistant Director Brett Leatherman of the FBI’s Cyber Division. “Today’s action targets a key enabler of cyber-enabled fraud and money laundering schemes, demonstrating that the FBI will pursue not only the perpetrators, but also the services that support their criminal operations.”

According to court documents, the seized account was used to help operate Huione Guarantee, also known as Haowang Guarantee. Huione Guarantee is alleged to have operated Telegram channels that contained discussions regarding illicit products and/or services, ranging from the sale of stolen credit card and identity information, the fruits of malware-enabled thefts, the procurement of individuals for human trafficking schemes, as well as assistance with laundering the proceeds of romance and investment scams. Huione Guarantee also provided escrow services for criminals transacting on its platforms to facilitate transactions, including money launderers laundering cryptocurrency. In doing so, Huione Guarantee facilitated the movement of considerable funds stolen by Southeast Asian scam centers.

Law enforcement has continuously traced cyber-enabled fraud proceeds to cryptocurrency addresses attributed to the Huione Group, including Huione Guarantee, where the funds were then further laundered. Reports of cyber-enabled fraud involving cryptocurrency continue to increase, with complainants reporting over $7.2 billion in losses to the FBI’s Internet Crime Complaint Center (IC3) in 2025 due to cryptocurrency investment fraud alone.

Last October, the Department of the Treasury’s Financial Crimes Enforcement Network (FinCEN) issued a final rule severing Huione Group from the U.S. financial system. In this rule, FinCEN found the Huione Group to be a primary money laundering concern pursuant to section 311 of the USA Patriot Act, citing its significant role in laundering proceeds of cryptocurrency investment fraud, cyber heists conducted by the Democratic People’s

**Source URL:** https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services

**Collection Timestamp:** Mon Aug 17 2026 07:31:00 GMT-0700 (Pacific Daylight Time)

Last October, the Department of the Treasury's Financial Crimes Enforcement Network (FinCEN) issued a final rule severing Huione Group from the U.S. financial system. In this rule, FinCEN found the Huione Group to be a primary money laundering concern pursuant to section 311 of the USA Patriot Act, citing its significant role in laundering proceeds of cryptocurrency investment fraud, cyber heists conducted by the Democratic People's Republic of Korea, and proceeds of other cyber scams. Today, FinCEN issued a notice of proposed rulemaking (NPRM) to amend this rule's definition of the Huione Group to include H-Pay Service PLC, among other changes. In its NPRM, FinCEN has assessed H-Pay Service PLC is a component of the Huione Group and of primary money laundering concern.

The FBI's San Francisco Field Office and IRS Criminal Investigation are investigating the case.

Trial Attorney Ethan Cantor of the Criminal Division's Computer Crime and Intellectual Property Section (CCIPS) and Assistant U.S. Attorney Sailaja Paidipaty for the Northern District of California are prosecuting the case. Former CCIPS Trial Attorney Stefanie Schwartz and Assistant U.S. Attorney Daniel Pastor, formerly in the Northern District of California, provided valuable assistance.

The Department of Justice also thanks the intelligence teams at Chainalysis and Elliptic, and Google's CyberCrime Investigation Team for voluntarily providing valuable information for this investigation.

CCIPS investigates and prosecutes cybercrime and intellectual property (IP) crime in coordination with domestic and international law enforcement agencies, often with assistance from the private sector. Since 2020, CCIPS has secured the conviction of over 180 cyber and IP criminals, and court orders for the return of over $350 million in victim funds.

If you have been victimized by a cyber-enabled fraud scheme, please report the crime to the IC3 at www.ic3.gov. Law enforcement uses these complaints to investigate crimes, trace stolen funds for investigations and law enforcement action, and build cases against those responsible for the offenses.

This action is part of Operation Riptide, an ongoing FBI campaign targeting the criminal actors, infrastructure, and financial networks behind cybercrime, cyber-enabled crime, and fraud against the American people. Last year, Americans reported over $20 billion in losses to cybercrime, a 26 percent single-year increase. Operation Riptide is the FBI's sustained enforcement response to that threat.

*Updated June 23, 2026*

---

**Topic**

**Source URL:** https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services

**Collection Timestamp:** Mon Aug 17 2026 07:32:45 GMT-0700 (Pacific Daylight Time)

*Updated June 23, 2026*

---

**Topic**

CYBERCRIME

**Components**

Criminal Division | Criminal - Computer Crime and Intellectual Property Section | Federal Bureau of Investigation (FBI) | USAO - California, Northern

Press Release Number: 26-684

## Related Content

PRESS RELEASE

### Canadian Man Pleads Guilty to Hacking U.S. Cloud Storage Provider and Extorting Its Customers for Millions

Connor Riley Moucka, 26, of Kitchener, Ontario, pleaded guilty today to a widespread computer hacking conspiracy that resulted in the compromise of over 165 victim organizations, the theft of billions...

August 5, 2026

PRESS RELEASE

### United States Seizes More than 1,000 Internet Domains Used to Illegally Stream World Cup 2026 Matches

The Department of Justice announced today the successful seizure of more than 1,000 domains that were engaged in the unauthorized streaming of matches in the FIFA World Cup Finals in...

July 20, 2026

PRESS RELEASE

### Three Russian Nationals and Two Companies Indicted for International Cybercrimes Resulting in More Than $62M in Victim Losses

An indictment was unsealed today in the Northern District of Ohio charging three Russian nationals and two related "bulletproof hosting" companies for their roles in cybercrimes against U.S. victims, causing...

July 14, 2026

**Source URL:** https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services
**Collection Timestamp:** Mon Aug 17 2026 07:33:03 GMT-0700 (Pacific Daylight Time)

## Related Content

PRESS RELEASE

### Canadian Man Pleads Guilty to Hacking U.S. Cloud Storage Provider and Extorting Its Customers for Millions

Connor Riley Moucka, 26, of Kitchener, Ontario, pleaded guilty today to a widespread computer hacking conspiracy that resulted in the compromise of over 165 victim organizations, the theft of billions...

August 5, 2026

PRESS RELEASE

### United States Seizes More than 1,000 Internet Domains Used to Illegally Stream World Cup 2026 Matches

The Department of Justice announced today the successful seizure of more than 1,000 domains that were engaged in the unauthorized streaming of matches in the FIFA World Cup Finals in...

July 20, 2026

PRESS RELEASE

### Three Russian Nationals and Two Companies Indicted for International Cybercrimes Resulting in More Than $62M in Victim Losses

An indictment was unsealed today in the Northern District of Ohio charging three Russian nationals and two related "bulletproof hosting" companies for their roles in cybercrimes against U.S. victims, causing...

July 14, 2026

**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000

Signup for Email Updates
Social Media

U.S. Department of JUSTICE

**Source URL:** https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services
**Collection Timestamp:** Mon Aug 17 2026 07:15:18 GMT-0700 (Pacific Daylight Time)

### Customers for Millions

Connor Riley Moucka, 26, of Kitchener, Ontario, pleaded guilty today to a widespread computer hacking conspiracy that resulted in the compromise of over 165 victim organizations, the theft of billions...

August 5, 2026

### Cup 2026 Matches

The Department of Justice announced today the successful seizure of more than 1,000 domains that were engaged in the unauthorized streaming of matches in the FIFA World Cup Finals in...

July 20, 2026

### Cybercrimes Resulting in More Than $62M in Victim Losses

An indictment was unsealed today in the Northern District of Ohio charging three Russian nationals and two related "bulletproof hosting" companies for their roles in cybercrimes against U.S. victims, causing...

July 14, 2026


**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000





**Source URL:** https://www.justice.gov/opa/pr/justice-department-seizes-backend-infrastructure-used-huione-group-money-laundering-services

**Collection Timestamp:** Mon Aug 17 2026 07:15:49 GMT-0700 (Pacific Daylight Time)